FILED

ORONDE LONDON
12089 Franklin Street
Moreno Valley, CA.  92557
(909) 520-8077
Email:  olondon3@gmail.com

ORONDE LONDON, IN PRO PER

2017 JUN 12  AM 9: 13

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY_____

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ED  CV17-01143 JFW

| | |
|---|---|
| ORONDE LONDON | ) Case No.: |
|                Plaintiff, | ) **COMPLAINT; CIVIL ACTION** |
| vs. | ) |
| UNIVERSITY OF REDLANDS, | ) **DEMAND FOR JURY TRIAL** |
|              Defendant(s). | ) |

**Jurisdiction & Venue**

1. This court has jurisdiction under 28 U.S.C. § 1331, 28 U.S.C. § 1343 (a)(3) because the matter in controversy arise under the Constitution and laws of the United States. This court has personal jurisdiction over plaintiff and defendants. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983. This Court has authority to enter a declaratory judgment and provide a preliminary and permanent injunctive relief pursuant to Rule 57 and 65 of the Federal Rules of Civil Procedure and 28 U.S.C. §§ 2201 and 2202. And the amount in controversy exceeds $75,000.00

- 1 -

2. Venue is proper pursuant to 28 U.S.C. § 1391 because the defendants is located in the State of California, and events giving rise to this Complaint occurred in this District.

3. Jurisdiction and venue is proper pursuant to 42 U.S.C. § 1981(a).

## Parties

4. Plaintiff, Oronde London, resides at 12089 Franklin Street, Moreno Valley, CA. 92557

5. Defendants', University of Redlands, located at 1200 E. Colton Avenue, Redlands, CA. 92374

## Statement of Facts

6. On February 25, 2013, Plaintiff was hired by the University of Redlands as a HVAC Mechanic in the Facilities Department.

7. On or around May of 2014, Plaintiff discovered University of Redlands; Facilities Management purchasing refrigerant under Plaintiff EPA license with co-worker name located on the invoice. This was brought to the attention of Facilities Associate Director, Rick Quinbar, Facilities Director, Roger Cellini, and President of the University, Ralph Kuncl.

8. On January 20, 2015, Plaintiff suffered a physical injury on the campus, due to roof collapsing.

9. On June 19, 2015, Plaintiff was subjected to an improper investigation into a student complaint alleged against the Plaintiff, and subjected to questioning by University Public Safety Officers and Facilities Management Personnel for 1 ½ to 2 hours inside a Human Resource conference room.

10. On June 22, 2015, Plaintiff requested a grievance form in-person at the University Human Resource office. Former Human Resource Director, Peter Malijan delayed providing a grievance form until July 1, 2015, by via e-mail.

COMPLAINT; DEMAND FOR JURY TRIAL

11. On July 2, 2015, Plaintiff suffered a mental injury, due to "bad faith" personnel actions and taken off work by a medical doctor.

12. On or around August of 2015, Plaintiff filed a Workers' Compensation claim.

13. On November 2 & 11, 2015, Defendants' Defense Counsel deposed Plaintiff to denied Workers' Compensation claim to mental injury, and the University of Redlands failed to provide their Attorney, Justin Bechen the University Public Safety Report dated 06/19/15 – 07/01/2015.

14. On February 16, 2016, Plaintiff was informed by former Human Resource Director, Roberta Dellhime of an on-going investigation regarding the student complaint from June 19, 2015.

15. On March 12, 2016, Plaintiff wrote a grievance letter to President of the University, Ralph Kuncl of improper personnel conduct. Mr. Kuncl informed Plaintiff by via e-mail that he Plaintiff would have to relinquish Workers' Compensation claim in favor of an internal investigation and communication would now be handled by General Counsel, Brent Geraty.

16. On August 3, 2016, Plaintiff received letter by Human Resource Director, Jeremy Hammond that (a)Plaintiff has filed spurious charges with State and Federal Agencies, (b) an on-going investigation of a student complaint from June 19, 2015, (c) to cancel all employee benefits if payment for Health Benefits is not received by August 19, 2016.

17. On August 19, 2016, Plaintiff all employee benefits were cancelled by the University of Redlands.

18. On August 20, 2016, Plaintiff received knee surgery for physical injury suffered on January 20, 2015, on the University campus.

19. On September 2, 2016, Human Resource Director letter mentioned if Plaintiff would agree to meet with University personnel by September 8, 2016, there will no longer be investigory hurdle to cross.

20. On September 6, 2016, Plaintiff was terminated from employment.

COMPLAINT; DEMAND FOR JURY TRIAL

21. On or around late September or early October of 2016, Plaintiff received through a Workers' Compensation Court Order; TRAVELERS Insurance Company G4S investigation from July 29, 2015, and dated August 10, 2015, of University of Redlands personnel statements of events.  Witness #4 Public Safety Officer, Jorge Valles indicates the investigation in the student complaint from June 19, 2015, came to a conclusion.

## Claim1

22. Plaintiff claim is to Title IX violations, US Constitution violation, and federal laws raised in this complaint. The physical disability discrimination claim will be pursued in State court under California Department of Fair Employment & Housing Government Code section 12940. Plaintiff contend that Workers' Compensation is not the exclusive remedy for an injured worker if employer conduct was intentional, reckless, unfair, outrageous, harassment or intended to cause emotional disturbance resulting in disability an injured worker can bring a civil action for damages. Plaintiff contends the employer is vicariously liable for personnel actions. The University Officials named in this compliant should be held personally liable for damages according to proof.

To protect the identity of person(s) named the University Public Safety report, Plaintiff will submit evidence in a confidential manner to the courts following Defendants' answer or reply.

## Claim 2

23. University of Redlands, a federally funded education program has failed to comply with **Title IX of the Education Amendments of 1972, 20 U.S.C. §§ 1681- 1688; 34 C.F.R. Part 106** conducting an investigation. University Officials failed to inform the University of Redlands Title IX Coordinator, Patricia Caudle of an investigation personnel conducted 06/19/2015. Plaintiff contends University personnel conducted an improper investigation, gender discrimination, false imprisonment, and submitted defamation (libel) in their

Public Safety report. Failed to provide training to University personnel that conducts Title IX investigations.

### Claim 3

24. Plaintiff alleges the University of Redlands, Public Safety report in-part dated, 06/26/15 by J. Valles and approved by D. Walters on 06/27/15 parts of the report is falsified and a violation of California Penal Code § 134 Preparing false evidence.

### Claim 4

25. University of Redlands; Human Resources Director, Jeremy Hammond conduct was intentional, outrageous, unfair, knowingly and reckless to harm Plaintiff. There was not an on-going investigation as indicated in defendant letters; the investigation came to a conclusion in 2015. Mr. Hammond cancelled the Plaintiff employee benefits on August 19, 2016, accused Plaintiff of filing bogus charges with Federal and State Agencies, disregarded Plaintiff mental injury, mislead CORBA for explanation why Plaintiff was entitled to benefits by indicating it was because of a Leave of Absent. Denied Plaintiff from participating in the University retirement plan and terminated Plaintiff employment on September 6, 2016, while still on physical disability off work status from treating physician. Violations are pursuant to the **Comprehensive Omnibus Budget Reconciliation Act (CORBRA) 29 U.S.C. §§ 1161-1168 and Employee Retirement Income Security Act (ERISA) 29 U.S.C. §§ 1011-1145**.

### Claim 5

26. University President, Ralph Kuncl failed to prevent any further unlawful activities by University personnel after being informed by the Plaintiff in March of 2016. Plaintiff contends this is a Breach of Duty and Gross Negligence.

## Claim 6

**27.** Facilities Director, Roger Cellini has allowed an employee Artemio Valenzuela to handle refrigerant while employed at the University of Redlands prior to the discovery around May of 2014 without having a valid license, which is a violation of **The United States Environmental Protection § 608 of the Federal Clean Air Act**. Mr. Cellini has a family member who is employed by a contracting company the University of Redland utilize for business, in violation of **Clayton Antitrust Act 15 U.S.C. § 12 et seq. and Sherman Antitrust Act 15 U.S.C. § 1 et seq.** by creating a monopoly.

## Claim 7

28. General Counsel, Brent Geraty was aware of University Official conduct and failed to prevent any further discrimination, harassment, and retaliation and is "Unauthorized to practice law" in California pursuant to **California Business and Professional Code, Article 7, §§ 6125- 6133**. Plaintiff contends Brent Geraty deliberately did not provide University Public Safety report to TRAVELERS Ins. Co. Defense Counsel, Justin Bechen before Plaintiff deposition on November 2, 2015, & November 11, 2015.

## Claim 8

29. Defendants has violated Plaintiff **14th Amendment of the United States Constitution** by depriving of a fair process, due process, and equal protection of the law.

## Request for Relief

WHEREFORE, the plaintiff request:

30. Punitive damages, including general and special damages, according to proof in the amount of $8.5 million.

31. University of Redlands President, Ralph Kuncl perform one responsibility so that the company can promote growth and change the culture among Faculty, Staff, and Students. Mr. Kuncl to either be responsible as CEO (financial

duties) or President (operational matters) and for the board of directors to implement these changes in their bylaws.

32. University of Redlands update their Personnel and Policy Manual.

33. University of Redlands to video record all intake and final interview of investigations.

34. University of Redlands to hire a third-party company to be present during interviews regarding Title IX and documents proceedings.

35. University of Redlands provide a unanimous telephone hot line for Staff to report unlawful activities of school officials.

36. University of Redlands to remove any negative file in Plaintiff employee personnel file.

37. University of Redlands donate $1,000,000.00 to a non-profit organization to prevent all types of harassment and discrimination.

38. Any further relief which the court may deem appropriate.

## **Demand for Jury Trial**

39. Plaintiff hereby requests a jury trial on all issues raised in this complaint.

DATED: June 10, 2017

ORONDE LONDON
In Pro Per

COMPLAINT; DEMAND FOR JURY TRIAL

# EXHIBIT 1

**ADP COBRA Services**
P.O. Box 2968
Alpharetta, GA 30023-2968



# COBRA Services

**COBRA Continuation Coverage Election Notice**
08/26/2016



CASELEC 1119075-000294

ORONDE LONDON AND FELICIA LONDON
12089 FRANKLIN ST
MORENO VALLEY, CA  92557

Re: **Important Information: COBRA Continuation Coverage and other Health Coverage Alternatives**

Dear Oronde London and Felicia London:

This notice has important information about your right to continue your health care coverage in the University of Redlands Group Life and Medical Group Health Plan (the Plan(s)) as well as other health coverage options that may be available to you, including coverage through the Health Insurance Marketplace available at www.HealthCare.gov or by calling 1-800-318-2596.  You may be able to get coverage through the Health Insurance Marketplace that costs less than COBRA continuation coverage.  Please read through the information in this notice very carefully before you make your decision.

If you choose to elect COBRA continuation coverage, you should use the election form provided later in this notice.

**Why am I getting this notice?**

Federal law requires that most group health plans (including the Plan(s)) give employees and their families the opportunity to continue their health care coverage through COBRA continuation coverage when there's a "qualifying event" that would result in a loss of coverage under an employer's plan.

You are receiving this notice because your Leave of Absence was a qualifying event.  Therefore, your coverage under the Plan(s) will end on:

| ERISA Plan Name(s) | Plan | Option Level | Coverage End Date |
|---|---|---|---|
| University of Redlands | Aetna Health of California HMO | Beneficiary Only | 06/30/2016 |
|  | Aetna Dental Plan DMO | Family | 06/30/2016 |



# EXHIBIT
## 1



# EXHIBIT 2

**TIAA**

TIAA
P.O. Box 1289
Charlotte NC 28201-1289

August 22, 2016

0190082016081923481476141940000129/S

MB 01 000160 69907 H 2 B
ORONDE A LONDON
12089 FRANKLIN ST
MORENO VALLEY, CA 92557-7560

**Questions?**
Log onto your account at
TIAA.org
Call 800-842-2252
M – F 8 a.m. to 10 p.m. (ET)
Sat 9 a.m. to 6 p.m. (ET)

## CONFIRMATION STATEMENT

This statement confirms a correction(s) made to your account as your employer requested. This correction was processed in accordance with IRS guidelines on correcting clerical errors. Depending on the type of error, contributions may be removed with or without earnings remaining on your contract. Please note that the value of the principal amount of the contribution(s) removed may have decreased due to fluctuations in the stock market. For more information on this transaction, please contact your employer's benefits office.

Please review your statement and let us know promptly, in writing, of any inaccuracies. Unless we receive written notification within 60 days after you receive your quarterly statement, we will assume this information is correct.

We apologize for any inconvenience this may have caused you. If you have questions or need further assistance, please call us.

### Account Information

Plan Name: UNIVERSITY OF REDLANDS RETIREMENT PLAN
TIAA Number: F0723H0-6

CREF Number: H0723H0-2

### Adjustment of Overpaid Contributions

Effective Date: August 19, 2016
Net Amount Adjusted: -$273.61

Processing Date: August 19, 2016

| INVESTMENT (FROM) | AMOUNT | UNIT/SHARE PRICE | NUMBER OF UNITS/SHARES |
|---|---|---|---|
| TIAA-CREF LIFECYCLE 2040-PREM | -$279.09 | $10.0400 | -27.7978 |

| INVESTMENT (TO) | AMOUNT | UNIT/SHARE PRICE | NUMBER OF UNITS/SHARES |
|---|---|---|---|
| TIAA-CREF LIFECYCLE 2040-PREM | $5.48 | $10.0400 | 0.5458 |

# EXHIBIT
2

**TIAA-CREF Individual & Institutional Services, LLC, Member FINRA and SIPC**

Page 1
ACMF60 CONFIRMS (08/03/2012)

# EXHIBIT 3



Allied Refrigeration Inc.

**DELIVERY TICKET**

404 SO. I ST.
SAN BERNARDINO   CA 92410
(909)884-1885

Open Account - Invoice to follow
* Cash/Credit Card Sale - This is your Invoice/Receipt *

Ticket #455846

**Date:**   5/07/14

**Bill to Customer #**   736629          **Sold to Customer**

B
I
L
L
REDLANDS UNIVERSITY
1200 E COLTON AVE

REDLANDS          CA 92374

S
O
L
D
REDLANDS UNIVERSITY
1200 E COLTON AVE

REDLANDS          CA 92374

**Customer PO #**          **Web Request #**          **Ship Via**          **Refer to Invoice**
B0003209                                              DELIVERY

050714   OS

| QTY ORDERED | MANUFACTURERS DESCRIPTION. | STOCK NUMBER | QTY SHIPPED | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|
| 2 | REFR R22-30# | 5690763 | 2. | 262.500 | 525.00 |
|   | Cert# on file for ORONDE A. LONDON |   |   |   |   |

| NON TAXABLE: | .00 | TAXABLE: | 525.00 | TAX: | 42.00 |
|---|---|---|---|---|---|

**** OPEN ACCOUNT ****          **TOTAL-->**          567.00

TERMS:
Seller has sold above items subject to existing warranties and guarantees as issued and currently in effect by the manufacturers of said items. Seller will not be liable for loss or damage, direct, indirect or consequential arising from the use of these materials or from any other cause. All claims must be made within 10 days of the date of this ticket.

BUYER AGREES TO ACCEPT THE DETERMINATION OF THE  MANUFACTURER AS TO THE WARRANTY STATUS OF ANY RETURNED MERCHANDISE.

SALESMAN: TREVOR MALDONADO          RECEIVED BY _____

Technician : ART VALENCUELA

Page:   1





EXHIBIT

3

# EXHIBIT 4

10/11/2016

JUDGE MYRLE PETTY,

SIR, MY NAME IS JORGE VALLES, I WAS
SUBPUENAD TO APPEAR AS A WITNESS ON
CASE #ADJ10078224 ON 11/1/16

I AM NOTIFYING THE COURT UNFORTUNATELY,
I WILL BE OUT OF STATE ON A PRE-PAID
VACATION 10/26/16 - 11/7/16. THIS WILL
KEEP ME FROM APPEARING ON 11/1/16.

THANK YOU FOR YOUR CONSIDERATION

_Jorge Valles_

UNIVERSITY OF REDLANDS
PUBLIC SAFETY
200 E COLTON AV
REDLANDS, CA 92374

ORONDE LONDON              FLOYD SKEREN RIVERSIDE
12089 FRANKLIN ST          1465 SPRUCE ST,
MORENO VALLEY CA           RIVERSIDE, CA 92507

# EXHIBIT
## 4

RECEIVED

OCT 1 7 2016

DWC
SAN BERNARDINO

# EXHIBIT 5

WORKERS' COMPENSATION APPEALS BOARD

STATE OF CALIFORNIA

ORONDE LONDON,                  )
                               )
                Applicant,     )
                               )
   vs.                         )     CASE NO. ADJ10078224
                               )
UNIVERSITY OR REDLANDS;        )
TRAVELERS PROPERTY CASUALTY    )
COMPANY OF AMERICA,            )
                               )
                Defendants.    )
_____)

COPY

DEPOSITION

OF

ORONDE AHMAD LONDON

VOLUME II

LOCATION:        FLOYD, SKEREN & KELLY
                 1465 SPRUCE STREET
                 SUITE H
                 RIVERSIDE, CA 92507

DATE AND TIME:   WEDNESDAY, NOVEMBER 11, 2015
                 11:01 A.M. TO 1:34 P.M.

PURSUANT TO:     NOTICE

JOB NO.:         22945VG

REPORTED BY:
VICTORIA A. GIFFORD, C.S.R.
(NO. 10328)

# EXHIBIT
## 5

Page 40

# EXHIBIT 6

**EXHIBIT** 6

1    A.   In fact, yes.

2         MS. DURANT:  Also, could I ask you -- do you

3    have a copy of the complaint filed by the student?

4         MR. BECHEN:  I don't.

5         MS. DURANT:  Can you get a copy of that?  I

6    believe we probably requested the records and probably

7    a copy of his employee file, and I'm wondering was it

8    in there.

9         MR. BECHEN:  I don't have a copy of his file

10   yet.  But if I do get a copy of it, I'll send one over.

11        MS. DURANT:  I would think --

12        MR. BECHEN:  I too would like to see it.

13        MS. DURANT:  I would think it has to be

14   included in any QME evaluation in psych.  Because how

15   else would a determination be made?

16        MR. BECHEN:  Well, as often is the case, a

17   QME determination can -- perhaps should not be -- can

18   be based upon the history provided by the patient

19   alone.

20        MS. DURANT:  It looks a lot worse than if we

21   see the actual complaint.  To me it looks a lot worse

22   not knowing and then throwing out Title IX in the

23   middle of everything.  I would freak out myself.

24        MR. BECHEN:  Yeah.  Maybe go off the record

25   for a second while he searches.

                                              Page 103

# EXHIBIT 7

## SUPERVISOR ACCIDENT INVESTIGATION

### IDENTIFICATION

| | |
|---|---|
| Company Name: University of Redlands | Address: 1200 E. Colton Ave. Redlands CA 92374 |
| Date of Accident: 1-20-15 | Time: 11:33 | Date Reported: 1-20-15 |
| Employee Involved: Oronde London | |
| Positions: Utility Technician | Department: Facilities MGMT. |
| Date Employed: | Experience on Job: |
| Manager: Rick Wuimbar | |
| Witnesses: Contractor | |

### INCIDENT

| | | | |
|---|---|---|---|
| Accident Involved: | ☒ Injury | ☐ Illness | ☒ Property Damage |
| Recordability: | ☒ First Aid | ☐ Medical | ☐ Lost Time |
| Nature of Injury: (R) elbow, (R) Knee (R) Ankle | Body Part: Fell through North Patio Roof | | |
| Type of Injury: | | | |

Description of Accident:




### ANALYSIS

Describe Hazards, Unsafe Condition(s) or Act(s):


Describe Underlying Cause(s) or Failure (s): Unknown at time of accident to Facilities bad boards roof.

### CONTROLS

Recommended Corrective Action: Facilities Looking to Repair roof


Action Taken: Placed Ply wood over existing hole in roof


| Signed: Rick | Date: 1-21-15 |
|---|---|

### FOLLOW UP

Safety Committee Recommendations:



| Signed: | Date: |
|---|---|

Corporate Special Orders:


| Signed: | Date: |
|---|---|

# EXHIBIT

## 7