# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

| | | |
|---|---|---|
| Case No. EDCV 17-01143-JFW (KK) | Date: | January 16, 2018 |

Title: Oronde London v. University of Redlands

## DOCKET ENTRY

PRESENT: **HON. KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE**

| Deb Taylor | None |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| ATTORNEYS PRESENT FOR PLAINTIFF(S): | ATTORNEYS PRESENT FOR DEFENDANT(S): |
|---|---|
| None | None |

## PROCEEDINGS:     (IN CHAMBERS)

On December 27, 2017, Defendant filed a Motion for Protective Order with a Joint Stipulation pursuant to Local Rule 37-2.  ECF Docket Nos. ("Dkt.") 22, 23.  On December 27, 2017, Plaintiff filed a Motion to Compel Discovery with a Joint Stipulation pursuant to Local Rule 37-2.  Dkts. 24, 25.  The Court finds the motions suitable for decision without a hearing.  Therefore, the hearings set for January 25, 2018 are hereby VACATED.  The matters are taken under submission and the parties will be notified by mail or email of all further proceedings.

Initials of Deputy Clerk   dts

MINUTES FORM 11

CIVIL-GEN